**MOTION FOR LEAVE TO FILE EXHIBIT A UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

Diamond King,
Plaintiff,

v.                                             Civil Action No. 25-10442

United States Postal Service et, al
Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT A UNDER SEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, Diamond King, respectfully moves this Court for leave to file Exhibit A to Plaintiff's Reply Brief under seal pursuant to the Court's inherent authority and applicable local rules, and in support thereof states as follows:

1. Plaintiff is submitting Exhibit A, a certified copy of Plaintiff's brother's death certificate, solely to demonstrate good cause and excusable neglect relating to filing deadlines.

2. Because Exhibit A contains sensitive personal and private information, Plaintiff seeks to protect the privacy interests of Plaintiff's family by filing the exhibit under seal.

3. Filing under seal is narrowly tailored, as Plaintiff seeks to restrict public access only to this confidential exhibit, while the remainder of the filings will remain publicly available.

1

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave and permit Plaintiff to file Exhibit A (Certified Death Certificate) under seal for purposes of demonstrating good cause for excusable neglect.

Respectfully submitted,

*Diamond King*
Diamond King
7721 Antionette 2094
Dallas, TX, 75217
682.247.7360
Diamondking0120]
Plaintiff, Pro Se

Case: 25-10442    Document: 76-1    Page: 3    Date Filed: 09/08/2025

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Diamond King, §
Plaintiff-Appellant,
v.                                                    No. 25-10442
United States Postal Service,
Defendant-Appellee.

**PROPOSED ORDER**

Before the Court is Appellant's Motion for Leave to File Exhibit A Under Seal. Having considered the motion, the Court finds that good cause exists to grant the relief requested.

IT IS THEREFORE ORDERED that Appellant is granted leave to file Exhibit A (Certified Death Certificate) under seal.

SO ORDERED.

Dated: ___09/08/2025___

Respectfully submitted,

*Diamond King*
Diamond King
7721 Antionette 2094
Dallas, TX, 75217
682.247.7360
Diamondking0120@gmail.com
Plaintiff, Pro Se

3

## CERTIFICATE OF SERVICE

I hereby certify that on this __8__ day of ___September___, 2025, I caused a true and correct copy of the foregoing Motion for Leave to File Exhibit A Under Seal (with attached proposed order and exhibit cover page) to be served upon all parties via the Court's CM/ECF electronic filing system.

*Diamond King*
Diamond King
7721 Antionette 2094
Dallas, TX, 75217
682.247.7360
Diamondkiing0120@gmail.com
Plaintiff, Pro Se

5